[No. 35515-5-I.    Division One.    September 30, 1996.]

MAHLON T. DRENKHAHN, *Individually and as Representative, Appellant*, v. MICHAEL E. MYERS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-12732-4, William L. Downing, J., entered October 5, 1994. *Affirmed* by unpublished opinion per Kennedy, A.C.J., concurred in by Agid, J., and Moynihan, J. Pro Tem.

[No. 35744-1-I.    Division One.    September 30, 1996.]

NORINE WILLIAMS, *Appellant*, v. SMITH, CARNEY AND STEVENSON, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 93-2-02155-1, Charles V. Johnson, J., entered November 14, 1994 and December 12, 1994. *Affirmed* by unpublished opinion per Kennedy, A.C.J., concurred in by Grosse and Agid, JJ.

[No. 36271-2-I.    Division One.    September 30, 1996.]

CRAMER PROPERTY SERVICES, *Appellant*, v. JAY SONG, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 94-2-02412-4, Nancy Ann Holman, J., and Larry A. Jordan, J., entered February 17, 1995 and March 1, 1995. *Affirmed* by unpublished opinion per Ellington, J, concurred in by Baker, C.J., and Becker, J.

[No. 36349-2-I.    Division One.    September 30, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY R. ALEXANDER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-08054-9, Eileen A. Kato, J., entered February 21, 1995. *Dismissed* by unpublished per curiam opinion.